

# NUMBER 13-23-00138-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF S.B.R., MINOR CHILD.

**On appeal from the 105th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Tijerina, Silva, and Peña
Memorandum Opinion by Justice Tijerina**

On March 29, 2023, appellant Miranda Jean Reynolds filed a notice of appeal from an order signed on March 14, 2023, in a suit affecting the parent-child relationship. On April 6, 2023, the Clerk of the Court requested appellant to pay the $205.00 filing fee for the notice of appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207

(delineating the required fees and costs in an appellate court). The Clerk also advised appellant that the notice of appeal failed to comply with Texas Rules of Appellate Procedure 9.5(e)(1), 9.5(e)(2), 9.5(e)(3), 25.1(d)(2), and 25.1(d)(4). *See* TEX. R. APP. P. 9.5(e)(1), 9.5(e)(2), 9.5(e)(3), 25.1(d)(2), 25.1(d)(4); *see also id.* R. 37.1. On April 20, 2023, the Clerk notified appellant that she was delinquent in remitting the filing fee for the notice of appeal and informed her that the appeal would be dismissed if the filing fee was not paid. *See* TEX. R. APP. P. 42.3(b), (c). On June 13, 2023, the Clerk again advised appellant that the notice of appeal was defective, requested correction of the defects, and advised appellant that the appeal would be dismissed if the defects were not cured. *See id.* To date, appellant has neither paid the filing fee for the notice of appeal nor filed a corrected notice of appeal.

This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee and has not filed a corrected notice of appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
13th day of July, 2023.

2